# HARNIK & FINKELSTEIN LLP
### Attorneys at Law
Olympic Tower • 645 Fifth Avenue, 7th Floor • New York, New York 10022 - 5937
Phone: (212) 599-7575 • Fax: (212) 867-8120 • www.harnik.com
Email: office@harnik.com

STEPHEN M. HARNIK

CHRISTIAN VOTAVA

Of Counsel:

DENISE G. DARMANIAN
IRA A. FINKELSTEIN
NICHOLAS A. GALLO, III**
STEPHEN P. H. RACHLIS
ALFRED E. SMITH

**New Jersey Bar and
Bar of U.S. Patent Office only

August 2, 2012

**Via email – if docketed to be redacted and attachment to be filed under seal**
Hon. Edward R. Korman
Senior Judge United States District Court
United States Courthouse
225 Cadman Plaza East Rm. 918S
Brooklyn, NY 11201\
Att'n: Andrew Schwenk

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 0 6 2012 ★
BROOKLYN OFFICE

Re:  Swiss Banks Settlement -
United States District Court for the Eastern District of New York,
Docket No. CV-~~96-4849~~ 12-340

Award - in re Accounts of Paul Wittgenstein, Hermine Wittgenstein,
Helene Salzer, *Wistag AG* and *Wistag Partnership*
Claim Numbers: 224600/MC; 222470/MC; 222473/MC; 222474/MC;
222475/MC; 501790/MC

Dear Andrew:

Attached hereto is a spreadsheet showing distribution of the Award proceeds to each of my clients. These are the gross amounts. The net amounts as agreed to in my retainer agreements with each of my clients is reflected in the individual duly executed releases which have previously been filed under seal with the court. You have agreed to file the attached spreadsheet under seal since it lists all of my clients' names which under the CRT Rules must remain confidential. I also ask you to please redact this letter or file it under seal as it contains some of my clients' names in the following paragraph.

Upon receipt of the Award proceeds in my IOLA account, I will disburse the proceeds in accordance with each release signed by my respective clients; however the Hermine Wittgenstein and Helene Salzer beneficiaries, with the exception of ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and ▇▇▇▇ ▇▇▇▇▇▇▇▇ have instructed their Austrian attorney, Dr. Johannes Stockert, in writing, to

HARNIK & FINKELSTEIN LLP

Hon. Edward R. Korman
Senior Judge United States District Court
August 2, 2012
Page 2 of 2

receive their shares as a lump sum to for further distribution. Accordingly, I will wire those shares to Dr. Stockert.

Respectfully,

*Stephen M. Harnik*

Stephen M. Harnik

SMH: sc
Encl.